MAR 13 2006

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

# APPLICATION FOR A WRIT OF HABEAS CORPUS
## PURSUANT TO 28 U.S.C. § 2241
## BY A PERSON IN FEDERAL CUSTODY

Yesenia Gonzalez  56462-019 Petitioner,
Full Name and Prisoner Number

FPC Danbury CT
Complete Prison Address (Place of Confinement)

33½ Pembroke Station

Danbury, CT 06811

Case No. 3:06CV437(JBA)
(To be supplied by the Court)

v.

William Willingham, Respondent,
(Name of Warden, Superintendent or
authorized person having custody of petitioner)
(Do not use *et al.*)

and

_____, Additional Respondent.
(List additional persons having custody
of petitioner, if any)

## CONVICTION UNDER ATTACK

1) Name and location of the court which entered the judgment of conviction under attack _____ Northern District of Georgia  Atlanta Division

2) Date judgment of conviction was entered    April 19, 2005

3) Case number  1:04-CR-00624-JEC-AJB

4) Type and length of sentence imposed    46 months

5) Are you presently serving a sentence imposed for a conviction other than the conviction under attack in this motion?  Yes ___  No xx

6) Nature of the offense involved (all counts)    21:952   Importation of Heroin

7) What was your plea? (check one)
Not Guilty ___  Guilty xx  Nolo Contendere ___

8) If you entered a guilty plea to one count or indictment, and a not guilty plea to another court or indictment, give details:

9) If you entered a plea of guilty pursuant to a plea bargain, state the terms and conditions of the agreement    It was an open plea of guilt

10) Kind of trial (check one)   Jury ___ Judge only ___

11) Did you testify at trial? Yes ___ No ___

### DIRECT APPEAL

12) Did you appeal from the judgment of conviction?    Yes ___ No xx

13) If you did appeal, give the name and location of the court where the appeal was filed, the result, the case number and date of the court's decision (or attach a copy of

2

the court's opinion or order): _____

_____

_____

_____

14) If you did not appeal, explain briefly why you did not: My attorney told me that I am not allowed to appeal

a) Did you seek permission to file a late appeal? Yes ___ No xx

## POST-CONVICTION PROCEEDINGS

15) Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?   Yes xx No ___

16) If your answer to 15 was "Yes," give the following information:

    a) FIRST petition, application or motion.

        1. Name of court  Northern District of Georgia

        2. Nature of proceeding  Request for jail credit and drug program recommendation

        3. Claims raised  jail credit and drug program recommendation

        4. Did you receive an evidentiary hearing on your petition, application or motion? Yes ___ No xx

        5. Result  DENIED

        6. Date of result  November 30, 2005

        7. Did you appeal the result to the federal appellate court having

jurisdiction? Yes ___ No **xx**   If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order)

_____

_____

8.    If you did not appeal, briefly explain why you did not   <u>I didn't</u>   <u>realize that I was allowed to.</u>

_____

b) As to any SECOND petition, application or motion, give the following information:

1.   Name of court _____

2.   Nature of proceeding _____

_____

3.   Claims raised _____

_____

4.   Did you receive an evidentiary hearing on your petition, application or motion?  Yes ___ No ___

5.   Result _____

6.   Date of result _____

7.   Did you appeal the result to the federal appellate court having jurisdiction? Yes ___ No ___   If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order) ___

_____

_____

_____

8.   If you did not appeal, briefly explain why you did not _____

4

c) As to any THIRD petition, application or motion, give the following information:

1. Name of court _____

2. Nature of proceeding _____

   _____

3. Claims raised _____

   _____

4. Did you receive an evidentiary hearing on your petition, application or motion? Yes ___ No ___

5. Result _____

6. Date of result _____

7. Did you appeal the result to the federal appellate court having jurisdiction? Yes ___ No ___  If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order) ___

   _____

   _____

8. If you did not appeal, briefly explain why you did not _____

   _____

5

## CLAIMS

17) State concisely every claim that you are being held unlawfully. Summarize briefly the facts supporting each claim. If necessary, you may attach extra pages stating additional claims and supporting facts. You should raise in this petition all claims for relief which relate to the conviction under attack.

In order to proceed in federal court, you ordinarily must exhaust the administrative remedies available to you as to each claim on which you request action by the federal court.

**Claim One**: Denial of treatment for drug and alcohol abuse.

(1) Supporting Facts: (Without citing legal authorities or argument state briefly the facts supporting this claim)

When I arrived at FPC Danbury, in June of 2005, I expressed interest in participating in the 500 hour Residential Drug Abuse Program (RDAP). On August 11, 2005, I was interviewed by Ms. Toth, a drug treatment specalist (DTS) here. At the time of the interview I gave an open and honest account of my drug/alcohol abuse history. I was told I didn't qualify for the program because the usage wasn't listed in my PSI. Since then, I have taken several steps to try and gain the treatment that I desperately need.

(2) Did you seek administrative relief as to claim one? Yes xx No __. If your answer is "Yes," describe the procedure followed and the result. If your answer is "No," explain why you did not seek administrative relief:

I filed up to a BP10, but because my counselor was unavailable to obtain the BP10 in a timely fashion, It arrived at the Regional Office too late and was rejected due to being filed untimely.

**Claim Two**: _____

(1) Supporting Facts: (Without citing legal authorities or argument state briefly the facts in support of this claim)

(2) Did you seek administrative relief as to claim one? Yes ___ No ___. If your answer is "Yes," describe the procedure followed and the result. If your answer is "No," explain why you did not seek administrative relief: _____

_____

_____

_____

Claim Three: _____

_____

_____

(1) Supporting Facts: (Without citing legal authorities or argument state briefly the facts in support of this claim)

(2) Did you seek administrative relief as to claim one? Yes ___ No ___. If your answer is "Yes," describe the procedure followed and the result. If your answer is "No," explain why you did not seek administrative relief: _____

18) Do you have any petition, application, motion or appeal now pending in any court, either state or federal, regarding the conviction under attack? Yes ___ No xx. If "Yes," state the name of the court, case file number (if known), and the nature of the proceeding: _____

19) State briefly why you believe that the remedy provided by 28 U.S.C. § 2255 (Motion to Vacate Sentence) is inadequate or ineffective to test the legality of your detention: _____

My issue lies here in CT, with the BOP, as they

are the ones responsible for the denial of treatment

Wherefore, petitioner prays that the court grant him such relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

*Yesenia Gonzales*
Petitioner's Original Signature

56462-019
Petitioner's Inmate Number

_____
Attorney's Full Address and Telephone Number

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the petitioner in this action, that he/she has read this petition and that the information contained in the petition is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at DANBURY, CT on 3-7-06
          (Location)              (Date)

*Yesenia Gonzales*
Petitioner's Original Signature